IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MILLENIUM TGA, INC., | : | Civil Action No. _____ |
| Plaintiff, | : | |
| v. | : | |
| JAY KERSCHNER | : | |
| Defendant. | : | |
| | : | |
| | : | |

**CORPORATE PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of record, hereby submits that AF Holdings LLC does not have a parent corporation that owns 10% or more of its stock.

                                                Respectfully submitted,

                                                AF Holdings, LLC,

DATED: September 20, 2012

                                        By:    /s/ Daniel G. Ruggiero_____

                                                Daniel G. Ruggiero, Esq. (SBN 312849)
                                                P.O. Box 291
                                                Canton, MA 02021
                                                Telephone: (339) 237-0343
                                                Fax: (339) 707-2808

                                                *Attorney for Plaintiff*